**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Angel Higgins, Antonio Higgins, and Kevin Pierce,
Defendants,

Of whom Angel Higgins is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-000798

———————————

Appeal From Beaufort County
Douglas L. Novak, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-405
Submitted November 7, 2022 – Filed November 9, 2022

———————————

**AFFIRMED**

———————————

Timothy C. Edwards, of Charleston, for Appellant.

Natasha D. Chisolm, of The Chisolm Law Firm, LLC, of Charleston, as Guardian ad Litem for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Riley Augustus Bradham, of Bradham Law Firm, of Charleston, for the Guardian ad Litem for the minor child.

_____

**PER CURIAM:** Angel Higgins appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Higgins's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.